UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Marcella Heard<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-10695<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

## ORDER APPROVING SETTLEMENT

THIS CAUSE coming to be heard on the Debtors' Motion to Approve Settlement, due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The Debtor's proposed Settlement in her personal injury case, Marcella Heard v Family Dollar Inc, Case # 16 CV 10313 is approved.

Enter:

*J. Cox*                    *Jacqueline P. Cox*

Dated: MAY - 7 2018                    United States Bankruptcy Judge

**Prepared by:**
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Ste 1225
Chicago IL 60602

Rev: 20170105_bko