UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:  ) BK No.:  17-10695
Marcella Heard  )
 ) Chapter: 13
 )
 ) Honorable Jacqueline Cox
 )
Debtor(s)  )

## ORDER MODIFYING CHAPTER 13 PLAN

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.) The monthly payment to the Ch 13 Trustee is hereby increased to $495 per month effective October of 2018;

2.) The Plan Base shall now be $28,816;
3.) Any default in Trustee payments is hereby deferred to the end of the plan.

4.) That the trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

*Jacqueline P. Cox*
*J. Cox*
United States Bankruptcy Judge

Dated: 10/29/18

**Prepared by:**
Edwin L Feld
1 N Lasalle St Suite 1225
Chicago, IL 60602

Rev: 20170105_bko